

**ENTERED**
**01/27/2010**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-39183-H3-7 |
| | § | |
| SUNBELT DIAGNOSTIC NETWORK | § | |
| LLP | § | CHAPTER 7 |
| | § | |
| DEBTORS | § | |

### ORDER APPROVING TRUSTEE'S COMPENSATION AND EXPENSES

CAME ON FOR CONSIDERATION, the Application for Trustee's Compensation and Expenses (the "Trustee's Application") in which Joseph M. Hill, the chapter 7 trustee for the Estate of requests compensation in the amount of $1,471.58 and reimbursement of expenses in the amount of $216.23. The Court having determined that the request for compensation and expenses should be granted, it is

ORDERED that Trustee's Application is granted, it is further

ORDERED that compensation in the amount of $1,471.58 is allowed; it is further

ORDERED that reimbursement of expenses in the amount of $216.23 is allowed; and it is further

ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

Dated: 1/26/10

UNITED STATES BANKRUPTCY JUDGE