**EXHIBIT "A"**

| | | |
|---|---|---|
| IN RE: | § | Case No. 05-39183-H3-7 |
| | § | |
| **SUNBELT DIAGNOSTIC** | § | |
| **NETWORK, LLP,** | § | **(Chapter 7)** |
| | § | |
| **DEBTOR.** | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

\_\_\_\_\_  Small Dividends


__X__  Unclaimed Dividends

        Check #5004        Claim #3
        Citicorp Vendor Finance, Inc.
        Konica Minolta Business Systems
        Attn: Susan Birch
        1800 Overcenter Drive
        Moberly, MO 65270        $311.26


Total Unclaimed Dividends        n/a

Total Small & Unclaimed Dividends        $   311.26