

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/03/2010

| IN RE: | § | Case No. 05-39183-H3-7 |
|---|---|---|
| | § | |
| SUNBELT DIAGNOSTIC | § | |
| NETWORK, LLP, | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |

### ORDER

UPON THE MOTION of the Trustee to pay funds into the Court registry under 11 U.S.C. §347(a) and/or Federal Rule of Bankruptcy Procedure 3010, the Trustee is directed to deposit into the registry these unclaimed funds and/or small dividends reflected on the attachment to this Order.

THIS Order is signed for the Court by the Clerk under authority of 23 U.S.C. §956 and General Order 2000-3.

SIGNED this 3rd day of March, 2010.

_____
DEPUTY CLERK

49